```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE SWEDISH CLUB,

                   Plaintiff,

  - against -

MARACHART SHIPPING CO. LTD.,
AMBIENT SHIPHOLDING CO., TOUGH TRADER
MARITIME PTE. LTD. and SWORD TRADING S.A.,

                   Defendants.
-------------------------------------------------------------X

09 Civ. 6018 (DC)

ECF

## ORDER TO UNSEAL CASE

    Whereas an application having been made by counsel for Plaintiff for an Order Temporarily Sealing the Court File ("Sealing Order") and the Court having granted Plaintiff's application on June 30, 2009;

    Whereas an application having been made by counsel for Plaintiff for an extension of the Sealing Order and the Court having granted Plaintiff's application on July 15, 2009;

    Upon application of the Plaintiff, it is now hereby

    ORDERED that this case is UNSEALED;

    IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY

       August 18, 2008

                                                    SO ORDERED.

                                                                    U.S.D.J.