JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE SWEDISH CLUB,

                 Plaintiff,

    - against -

MARACHART SHIPPING CO. LTD.,
AMBIENT SHIPHOLDING CO., TOUGH TRADER
MARITIME PTE. LTD. and SWORD TRADING S.A.,

                 Defendants.
------------------------------------------------------------X

**'09 CIV 6018**

## VERIFIED COMPLAINT

Plaintiff, THE SWEDISH CLUB (hereinafter referred to as "Plaintiff"), by and through

its attorneys, Lennon, Murphy & Lennon, LLC, as and for its Verified Complaint against the

Defendants, MARACHART SHIPPING CO. LTD., AMBIENT SHIPHOLDING CO., TOUGH

TRADER MARITIME PTE. LTD. and SWORD TRADING S.A (hereinafter "Defendants"),

alleges, upon information and belief, as follows:

    1.     This is an admiralty and maritime claim within the meaning of Rule 9(h) of the

Federal Rules of Civil Procedure and 28 United States Code § 1333. This matter also arises

under the Court's federal question jurisdiction within the meaning of 28 United States Code §

1331.

    2.     At all times material to this action, Plaintiff was, and still is, a foreign corporation,

or other business entity, organized under, and existing by virtue of foreign law and was at all

material times the marine insurer for the vessels "PIONEER TRADER," "TOUGH TRADER,"

and "GRAIN TRADER" (hereinafter, collectively, the "Vessels").

    3.     Upon information and belief, Defendant MARACHART SHIPPING CO. LTD.

(hereinafter "Marachart") was, and still is, a corporation, or other business entity, organized

under, and existing by virtue of foreign law, and was at all material times the manager of the Vessels.

4.    Upon information and belief, Defendant AMBIENT SHIPHOLDING CO. (hereinafter "Ambient Shipholding") was, and still is, a corporation, or other business entity, organized under, and existing by virtue of foreign law, and was at all material times the owner of the Vessel "PIONEER TRADER."

5.    Upon information and belief, Defendant TOUGH TRADER MARITIME PTE. LTD. (hereinafter "Tough Trader Maritime") was, and still is, a corporation, or other business entity, organized under, and existing by virtue of foreign law, and was at all material times the owner of the Vessel "TOUGH TRADER."

6.    Upon information and belief, Defendant SWORD TRADING S.A. (hereinafter "Sword Trading") was, and still is, a corporation, or other business entity, organized under, and existing by virtue of foreign law, and was at all material times the owner of the Vessel "GRAIN TRADER."

7.    By maritime contracts of insurance evidenced by Certificates of Entry (herinafter the "Insurance Contracts"), Defendants agreed to pay premiums and deductibles due thereunder. *See copies of Certificates of Entry annexed hereto as Exhibit "1."*

8.    By Debit Notes dated March 3, 2008, December 21, 2008 and March 3, 2009, Defendants were required to remit payment of insurance premiums and deductibles, all of which amounts, despite due demand, remain outstanding. *See copies of Debit Notes annexed hereto as Exhibit "2."*

9.    Plaintiff fully performed all of its duties and obligations to Defendants under the Contracts referred to herein.

10.     Despite due and repeated demand, Defendants have failed to pay the amounts due and owing under the Contracts referred to herein. *See copies of Breakdown of Debt, Invoices and Reminder to Pay dated May 28, 2009 annexed hereto as Exhibit "3."*

11.     As a result of Defendants' breach of the aforementioned Contracts, due to their failure to pay premiums, Plaintiff has sustained damages in the total principal amount of $387,968.60, exclusive of interest, costs and attorneys fees.

12.     Plaintiff intends to commence litigation of its claim against Defendants in Swedish Courts.

13.     This action is brought in order to obtain jurisdiction over Defendants and also to obtain security for Plaintiff's claims and in aid of such litigation.

14.     Interest, costs and attorneys' fees are routinely awarded to the prevailing party in such proceedings.  As best as can now be estimated, Plaintiff expects to recover the following amounts in litigation as the prevailing party:

As Against Marachart and Ambient Shipping:

A.     Principal claim – Marachart and Ambient Shipping for Vessel "PIONEER TRADER"

| | | |
|---|---|---|
| Insurance Premiums: | $142,618.72 | |
| Deductible: | $11,000.00 | |
| Less Indemnity: | $40,000.00 | |
| Total Principal:  Marachart and Ambient Shipping: | | $113,618.72 |

B.     Estimated interest on claim -
5 years at 4% compounded annually:                                          $24,600.97

C.     Estimated recoverable litigation costs,
attorneys' fees and expenses:                                                   $15,000.00

**Total Marachart and Ambient Shipping**                          **$153,219.69**

As Against Marachart and Tough Trader Maritime:

- A. Principal claim – Marachart and Tough Trader Maritime "TOUGH TRADER"

  |  |  |
  |---|---|
  | Insurance Premiums: | $164,348.20 |
  | Deductible: | $70,000.00 |
  | Less Indemnity: | $27.21 |
  | Total Principal: Marachart and Tough Trader Maritime: | $234,320.99 |

- B. Estimated interest on claim - 5 years at 4% compounded annually:  $50,735.69

- C. Estimated recoverable litigation costs, attorneys' fees and expenses:  $30,000.00

**Total Marachart and Tough Trader Maritime**  **$315,056.68**

As Against Marachart and Sword Trading:

- A. Principal claim – Marachart and Sword Trading for Vessel "GRAIN TRADER"

  |  |  |
  |---|---|
  | Insurance Premiums: | $40,028.89 |

- B. Estimated interest on claim - 5 years at 4% compounded annually:  $8,667.14

- C. Estimated recoverable litigation costs, attorneys' fees and expenses:  $5,000.00

**Total Marachart and Sword Trading:**  **$53,696.03**

15.    The Defendants cannot be found within this District within the meaning of

Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal

Rules of Civil Procedure, but, upon information and belief, Defendants have, or will have during

the pendency of this action, assets within this District and subject to the jurisdiction of this Court,

held in the hands of one or more garnishees which are believed to be due and owing to the

Defendants. *See Affidavit of Coleen A. McEvoy in Support of Maritime Attachment annexed*

*hereto as Exhibit "4."*

4

16.    The Plaintiff seeks an order from this Court directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching, *inter alia*, any assets of the Defendants held by the aforesaid garnishees for the purpose of obtaining personal jurisdiction over the Defendants, and to secure the Plaintiff's claims as described above.

**WHEREFORE**, Plaintiff prays:

A.    That process in due form of law issue against the Defendants, citing them to appear and answer under oath all and singular the matters alleged in the Verified Complaint;

B.    That pursuant to the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards ("New York Convention"), June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 38, Chapter Two of the Federal Arbitration Act ("FAA"), 9 United States Code §§ 201-208 and/or the doctrine of comity, this Court recognize and confirm any foreign judgment or arbitration award rendered on the claims had herein as a Judgment of this Court;

C.    That since the Defendants cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Processes of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds held by any garnishee within the District which are due and owing to:

i.    Defendant MARACHART SHIPPING CO. LTD., in the total aggregate amount of **$521,972.40;**

ii.    Defendant AMBIENT SHIPHOLDING CO. in the amount of **$153,219.69;**

5

 iii. Defendant TOUGH TRADER MARITIME PTE. LTD. in the amount of **$315,056.68**; and

 iv. Defendant SWORD TRADING S.A. in the amount of **$53,696.03**

calculated to date to secure the Plaintiff's claims, and that all persons claiming any interest in the

same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters

alleged in the Complaint;

 D. That this Court enter judgment against Defendants on the claims set forth herein;

 E. That this Court retain jurisdiction over this matter through the entry of any

judgment or award associated with any of the claims currently pending, or which may be

initiated in the future, including any appeals thereof;

 F. That this Court award Plaintiff its attorney's fees and costs of this action; and

 G. That the Plaintiff have such other, further and different relief as the Court

may deem just and proper.

Dated: June 30, 2009

       The Plaintiff,
       THE SWEDISH CLUB

     By:

       Patrick F. Lennon
       Coleen A. McEvoy
       LENNON, MURPHY & LENNON, LLC
       420 Lexington Avenue, Suite 300
       New York, NY 10170
       (212) 490-6050 - phone
       (212) 490-6070 - facsimile
       pfl@lenmur.com
       cam@lenmur.com

## ATTORNEY'S VERIFICATION

1.      My name is Coleen A. McEvoy.

2.      I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3.      I am an attorney in the firm of Lennon, Murphy & Lennon, LLC attorneys for the Plaintiff.

4.      I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5.      The reason why this Verification is being made by the deponent and not by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now within this District.

6.      The source of my knowledge and the grounds for my belief are the statements made, and the documents and information received from, the Plaintiff and agents and/or representatives of the Plaintiff.

7.      I am authorized to make this Verification on behalf of the Plaintiff.

Dated: June 30, 2009

_____
Coleen A. McEvoy

# EXHIBIT 1



SVERIGES ÅNGFARTYGS ASSURANS FÖRENING
# The Swedish Club
Est 1872

# Certificate of Entry

## Protection & Indemnity Insurance

Risk Ref. No.:          2009PI0110 - 7609661

Legal Assured          Ambient Shipholding Co.          - As Owner
Co-Assured             Marachart Shipping Co.Ltd        - As Manager

The interest of the following Mortgagee(s) / Assignee(s) is noted:
Mortgagee(s):          MARFIN EGNATIA BANK Societe Anonyme

Vessel:                **PIONEER TRADER**
IMO No:                7609661
GT:                    10,320
Built:                 1980

Period of Insurance:   From 20-Feb-2009, 1200 GMT (0) until 20-Feb-2010, 1200 GMT (0)

## Main Conditions

This is to certify that above-named Assured is a Member of The Swedish Club and that
the vessel stated above is entered with The Swedish Club for Protection & Indemnity
Insurance on full cover as per current Rules for Protection & Indemnity. The limit of
liability for Oil Pollution is USD 1,000,000,000. In respect of P&I Excess War Risk
Cover the limit is USD 500,000,000 and in respect of certain war and terrorist risks the
liabilities arising from Bio-Chem etc, the limit is USD 30,000,000. For passenger and
seaman risks the limit is USD 3,000,000,000 with a sub-limit of USD 2,000,000,000 for
passenger claims only.

Subject always to the Rules of the Association and the terms of entry for the Assured, the
following is included in the cover:

Liability for pollution (caused by a spillage of oil or any hazardous and noxious
substances) (Rule 6)

Wreck Removal liability (Rule 7 section 5)

www.swedishclub.com

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501

The Swedish Club

In respect of the risks insured hereunder, to the extent the Member is insured for pollution risks under any other Insurance, cover hereunder shall be null, void and of no effect, up to the limits of said other insurance. Above the limits of said other insurance, cover under this insurance shall remain in effect, subject always to the limits herein which are applicable to such risks, to any deductible(s), and to the other terms, conditions and Club Rules. In the event the limits available under such other insurance are the same as or greater than the limits available for pollution losses under this insurance, then this insurance shall be null, void and of no effect with regard to such claims. In the event the limits of said other insurance are less than the limits available hereunder, this insurance shall respond up to the limits set forth herein for pollution losses, but only for the amount by which any such losses exceed the stated limits of such other insurance, and then only up to the limits set forth herein for pollution losses. This insurance shall respond only in excess of the stated limits of the other insurance, whether or not the full amount of such other policy limits, or any amount at all, is recoverable thereunder.

Notwithstanding the Terms of Rule (11:6), this insurance will not provide any recovery in respect of liabilities insured under any other insurance, or provide pro rated or allocated cover, on the basis of double insurance or otherwise, except as set forth above; nor will this insurance replace any other insurance where (for whatever reason) that other insurance does not or is not able to respond to a claim thereunder.

This certificate of entry is evidence only of the contract of indemnity insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

*Göteborg, 20-Feb-2009*
**Sveriges Ångfartygs Assurans Förening**
**The Swedish Club**

The Swedish Club

| Attachment to Risk Ref. No: | 2009PI0110 - 7609661 |
| Vessel: | **PIONEER TRADER** |

| Deductibles | USD | 17,500 | Cargo liability |
| | USD | 10,000 | Crew liability |
| | USD | 5,000 | Other P&I risks |
| | USD | 25,000 | FFO |

The deductible for cargo liability is for each single voyage, all other deductibles applicable on each accident or occurrence, unless otherwise stated.
The deductible for cargo liability to be increased by 100% for liability in respect of bagged cargo and damage to cargo caused by leaking hatches and/or hull. This deductible is also applied in respect of liability to passenger's belongings and/or luggage.

Trading:          World wide

## Special Conditions

Rule 3, section 1(b) - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew illness etc.)
Rule 3, section 2, first paragraph - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew wages etc.)
Rule 4, section 2, first paragraph - excluded (relates to through transport)
Rule 7, section 2(a) - excluded but excess collision liability covered. (Relates to 1/4ths collision liability)

Pre-loading/discharge surveys for Owners account

Survey fees and handling costs for correspondents may be compensated if the survey and the correspondents handling assisted in reducing the claim if the original claim amount exceeds the deductible.

3



SVERIGES ÅNGFARTYGS    ·    ASSURANS FÖRENING
# The Swedish Club
Est 1872

# Certificate of Entry

### Freight Demurrage & Defence Insurance

Risk Ref. No:       2009FO0071 - 7609661

Legal Assured:      Ambient Shipholding Co.        As Owner
Co-Assured:         Marachart Shipping Co. Ltd     As Manager

Vessel:             **PIONEER TRADER**
IMO No:             7609661
GT:                 10,320
Built:              1980

Period of Insurance:   From 20-Feb-2009, 1200  GMT (0) until 20-Feb-2010 , 1200 GMT (0)

### Main Conditions
This is to certify that above-named Assured is a Member of The Swedish Club and that
the vessel stated above is entered with The Swedish Club for Freight Demurrage and
Defence on full cover as per Club Rules.

This certificate of entry is evidence only of the contract of insurance between the above
named Member(s) and the Association and shall not be construed as evidence of any
undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any
applicable law relating to financial responsibility, or otherwise shows or offers it to any
other party as evidence of insurance, such use of this Certificate by the Member is not to
be taken as any indication that the Association thereby consents to act as guarantor or to
be sued directly in any jurisdiction whatsoever. The Association does not so consent.
*Göteborg, 20-Feb-2009*
### Sveriges Ångfartygs Assurans Förening
### The Swedish Club

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501

The Swedish Club

Attachment to Risk Ref No:   2009FO0071 – 7609661
Vessel:                      **PIONEER TRADER**

| Deductibles | USD | 7,500 | Any one dispute |
|-------------|-----|-------|-----------------|
|             | USD | 7,500 | Excess limit    |

The Association does not cover disputes involving amounts below the excess limit.
For claims amount in excess of USD 250,000 an additional deductible of 25% will be
applied on those amounts alone.

## Special Conditions
This insurance is subject to the current amendment of The Swedish Club Rules for
Freight Demurrage & Defence 1985-02-20 and The Articles of Association.

The overall limit of liability for the Association is USD 5,000,000.

Cancellation returns only.

2



SVERIGES ÅNGFARTYGS · · ASSURANS FÖRENING
# The Swedish Club
Est 1872

# Certificate of Entry

## Protection & Indemnity Insurance

Risk Ref. No.:    2009P10110 - 7614771

Legal Assured    Tough Trader Maritime PTE LTD  - As Owner
Co-Assured    Marachart Shipping Co.Ltd     - As Manager

The interest of the following Mortgagee(s) / Assignee(s) is noted:
Mortgagee(s):    MARFIN EGNATIA BANK Societe Anonyme

Vessel:    **TOUGH TRADER**
IMO No:    7614771
GT:    9,020
Built:    1980

Period of Insurance:    From 20-Feb-2009, 1200  GMT (0 ) until 20-Feb-2010, 1200 GMT (0 )

## Main Conditions

This is to certify that above-named Assured is a Member of The Swedish Club and that the vessel stated above is entered with The Swedish Club for Protection & Indemnity Insurance on full cover as per current Rules for Protection & Indemnity. The limit of liability for Oil Pollution is USD 1,000,000,000. In respect of P&I Excess War Risk Cover the limit is USD 500,000,000 and in respect of certain war and terrorist risks the liabilities arising from Bio-Chem etc, the limit is USD 30,000,000. For passenger and seaman risks the limit is USD 3,000,000,000 with a sub-limit of USD 2,000,000,000 for passenger claims only.

Subject always to the Rules of the Association and the terms of entry for the Assured, the following is included in the cover:

    Liability for pollution (caused by a spillage of oil or any hazardous and noxious substances) (Rule 6)

    Wreck Removal liability (Rule 7 section 5)

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501

The Swedish Club

In respect of the risks insured hereunder, to the extent the Member is insured for pollution risks under any other Insurance, cover hereunder shall be null, void and of no effect, up to the limits of said other insurance. Above the limits of said other insurance, cover under this insurance shall remain in effect, subject always to the limits herein which are applicable to such risks, to any deductible(s), and to the other terms, conditions and Club Rules. In the event the limits available under such other insurance are the same as or greater than the limits available for pollution losses under this insurance, then this insurance shall be null, void and of no effect with regard to such claims. In the event the limits of said other insurance are less than the limits available hereunder, this insurance shall respond up to the limits set forth herein for pollution losses, but only for the amount by which any such losses exceed the stated limits of such other insurance, and then only up to the limits set forth herein for pollution losses. This insurance shall respond only in excess of the stated limits of the other insurance, whether or not the full amount of such other policy limits, or any amount at all, is recoverable thereunder.

Notwithstanding the Terms of Rule (11:6), this insurance will not provide any recovery in respect of liabilities insured under any other insurance, or provide pro rated or allocated cover, on the basis of double insurance or otherwise, except as set forth above; nor will this insurance replace any other insurance where (for whatever reason) that other insurance does not or is not able to respond to a claim thereunder.

This certificate of entry is evidence only of the contract of indemnity insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.


*Göteborg, 20-Feb-2009*
**Sveriges Ångfartygs Assurans Förening**
**The Swedish Club**

# The Swedish Club

Attachment to Risk Ref. No:    2009PI0110 - 7614771
Vessel:                        **TOUGH TRADER**

| | | | |
|---|---|---|---|
| Deductibles | USD | 10,000 | Crew liability |
| | USD | 17,500 | Cargo liability |
| | USD | 5,000 | Other P&I risks |
| | USD | 25,000 | FFO |

The deductible for cargo liability is for each single voyage, all other deductibles applicable on each accident or occurrence, unless otherwise stated.
The deductible for cargo liability to be increased by 100% for liability in respect of bagged cargo and damage to cargo caused by leaking hatches and/or hull. This deductible is also applied in respect of liability to passenger's belongings and/or luggage.

Trading:                       World wide

## Special Conditions

Rule 3, section 1(b) - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew illness etc.)
Rule 3, section 2, first paragraph - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew wages etc.)
Rule 4, section 2, first paragraph - excluded (relates to through transport)
Rule 7, section 2(a) - excluded but excess collision liability covered. (Relates to 1/4ths collision liability)

Pre-loading/discharge surveys for Owners account

Survey fees and handling costs for correspondents may be compensated if the survey and the correspondents handling assisted in reducing the claim if the original claim amount exceeds the deductible.

3



SVERIGES ÅNGFARTYGS · · ASSURANS FÖRENING
# The Swedish Club
Est 1872

# Certificate of Entry

## Freight Demurrage & Defence Insurance

Risk Ref. No:  2009FO0071 - 7614771

Legal Assured:  Tough Trader Maritime PTE LTD    As Owner
Co-Assured:  Marachart Shipping Co.Ltd    As Manager

Vessel:  **TOUGH TRADER**
IMO No:  7614771
GT:  9,020
Built:  1980

Period of Insurance:  From 20-Feb-2009, 1200  GMT (0) until 20-Feb-2010 , 1200 GMT (0)

## Main Conditions

This is to certify that above-named Assured is a Member of The Swedish Club and that the vessel stated above is entered with The Swedish Club for Freight Demurrage and Defence on full cover as per Club Rules.

This certificate of entry is evidence only of the contract of insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

*Göteborg, 20-Feb-2009*
**Sveriges Ångfartygs Assurans Förening**
**The Swedish Club**

www.swedishclub.com

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E mail swedish.club@swedishclub.com
VAT No 5E557206526501

The Swedish Club

Attachment to Risk Ref No:    2009FO0071 – 7614771
Vessel:                      **TOUGH TRADER**

Deductibles        USD          7,500   Any one dispute
                   USD          7,500   Excess limit

The Association does not cover disputes involving amounts below the excess limit.
For claims amount in excess of USD 250,000 an additional deductible of 25% will be
applied on those amounts alone.

## Special Conditions

This insurance is subject to the current amendment of The Swedish Club Rules for
Freight Demurrage & Defence 1985-02-20 and The Articles of Association.

The overall limit of liability for the Association is USD 5,000,000.

Cancellation returns only.

2



SVERIGES ANGFARTYGS      ASSURANS FORENING

# The Swedish Club
Est. 1872

# Certificate of Entry

## Protection & Indemnity Insurance

Risk Ref. No.:          2008PI0200 - 7609661

Legal Assured          Ambient Shipholding Co.        - As Owner
Co-Assured             Marachart Shipping Co.Ltd      - As Manager

The interest of the following Mortgagee(s) / Assignee(s) is noted:
Mortgagee(s):          Laiki Bank (Hellas) S.A.

Vessel:                **PIONEER TRADER**
IMO No:                7609661
GT:                    10,320
Built:                 1980

Period of Insurance:   From 20-Feb-2008, 1200 GMT (0 ) until 20-Feb-2009, 1200 GMT (0 )

## Main Conditions

This is to certify that above-named Assured is a Member of The Swedish Club and that the vessel stated above is entered with The Swedish Club for Protection & Indemnity Insurance on full cover as per current Rules for Protection & Indemnity. The limit of liability for Oil Pollution is USD 1,000,000,000. In respect of P&I Excess War Risk Cover the limit is USD 500,000,000 and in respect of certain war and terrorist risks the liabilities arising from Bio-Chem etc. the limit is USD 30,000,000. For passenger and seaman risks the limit is USD 3,000,000,000 with a sub-limit of USD 2,000,000,000 for passenger claims only.

Subject always to the Rules of the Association and the terms of entry for the Assured, the following is included in the cover:

   Liability for pollution (caused by a spillage of oil or any hazardous and noxious substances) (Rule 6)

   Wreck Removal liability (Rule 7 section 5)

www.swedishclub.com

Gullbergs Strandgata 6, PO Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E mail swedish club@swedishclub.com
VAT No SE557206526501

The Swedish Club

In respect of the risks insured hereunder, to the extent the Member is insured for pollution risks under any other Insurance, cover hereunder shall be null, void and of no effect, up to the limits of said other insurance. Above the limits of said other insurance, cover under this insurance shall remain in effect, subject always to the limits herein which are applicable to such risks, to any deductible(s), and to the other terms, conditions and Club Rules. In the event the limits available under such other insurance are the same as or greater than the limits available for pollution losses under this insurance, then this insurance shall be null, void and of no effect with regard to such claims. In the event the limits of said other insurance are less than the limits available hereunder, this insurance shall respond up to the limits set forth herein for pollution losses, but only for the amount by which any such losses exceed the stated limits of such other insurance, and then only up to the limits set forth herein for pollution losses. This insurance shall respond only in excess of the stated limits of the other insurance, whether or not the full amount of such other policy limits, or any amount at all, is recoverable thereunder.

Notwithstanding the Terms of Rule (11:6), this insurance will not provide any recovery in respect of liabilities insured under any other insurance, or provide pro rated or allocated cover, on the basis of double insurance or otherwise, except as set forth above; nor will this insurance replace any other insurance where (for whatever reason) that other insurance does not or is not able to respond to a claim thereunder.

This certificate of entry is evidence only of the contract of indemnity insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

*Göteborg 20-Feb-2008*
**Sveriges Ångfartygs Assurans Förening**
**The Swedish Club**

2

## The Swedish Club

Attachment to Risk Ref. No:  2008P10200 - 7609661
Vessel:                      **PIONEER TRADER**

| Deductibles | USD | 15,000 | Cargo liability |
|---|---|---|---|
| | USD | 10,000 | Crew liability |
| | USD | 5,000 | Other P&I risks |
| | USD | 25,000 | FFO |

The deductible for cargo liability is for each single voyage, all other deductibles applicable on each accident or occurrence, unless otherwise stated.
The deductible for cargo liability to be increased by 100% for liability in respect of bagged cargo and damage to cargo caused by leaking hatches and/ or hull. This deductible is also applied in respect of liability to passenger's belongings and/ or luggage.

Trading:          World wide

**Special Conditions**
Rule 3, section 1(b) - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew illness etc.)
Rule 3, section 2, first paragraph - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew wages etc.)
Rule 4, section 2, first paragraph - excluded (relates to through transport)
Rule 7, section 2(a) - excluded but excess collision liability covered. (Relates to 1/ 4ths collision liability)

Pre-loading/ discharge surveys for Owners account

Survey fees and handling costs for correspondents may be compensated if the survey and the correspondents handling assisted in reducing the claim if the original claim amount exceeds the deductible.

3

SVERIGES ÅNGFARTYGS    ASSURANS FÖRENING
# The Swedish Club
EST 1872

# Certificate of Entry

## Freight Demurrage & Defence Insurance

Risk Ref. No:    2008FO0073 - 7609661

Legal Assured    Ambient Shipholding Co.        - As Owner
Co-Assured    Marachart Shipping Co.Ltd        - As Manager

Vessel:    **PIONEER TRADER**
IMO No:    7609661
GT:    10,320
Built:    1980

Period of Insurance:    From 20-Feb-2008, 1200 GMT (0) until 20-Feb-2009 , 1200 GMT (0)

## Main Conditions

This is to certify that above-named Assured is a Member of The Swedish Club and that the vessel stated above is entered with The Swedish Club for Freight Demurrage and Defence on full cover as per Club Rules.

This certificate of entry is evidence only of the contract of insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

*Göteborg, 20-Feb-2008*

**Sveriges Ångfartygs Assurans Förening
The Swedish Club**

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Goteborg, Sweden
Tel +46 3¹ 638 400. Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557220526501    www.swedishclub.com

The Swedish Club

Attachment to Risk Ref No:    2008FO0073 – 7609661
Vessel:                      **PIONEER TRADER**

Deductibles        USD              7,500   Excess limit

**Special Conditions**
This insurance is subject to the current amendment of The Swedish Club Rules for
Freight Demurrage & Defence 1985-02-20 and The Articles of Association.

The Association does not cover disputes involving amounts below the excess limit.

For claims amount in excess of USD 250,000 a deduction of 25% will be applied on
those amounts alone.

The overall limit of liability for the Association is USD 5,000,000.

Cancellation Returns Only.

2



SVERIGES ÅNGFARTYGS        ASSURANS FÖRENING

# The Swedish Club
Est 1872

# Certificate of Entry

## Protection & Indemnity Insurance

Risk Ref. No.:         2008PI0200 - 7614771

Legal Assured          Tough Trader Maritime PTE LTD    - As Owner
Co-Assured             Marachart Shipping Co.Ltd         - As Manager

The interest of the following Mortgagee(s) / Assignee(s) is noted:
Mortgagee(s):          Laiki Bank (Hellas) S.A.

Vessel:                **TOUGH TRADER**
IMO No:                7614771
GT:                    9,020
Built:                 1980

Period of Insurance:   From 20-Feb-2008, 1200 GMT (0 ) until 20-Feb-2009, 1200 GMT (0 )

## Main Conditions

This is to certify that above-named Assured is a Member of The Swedish Club and that the vessel stated above is entered with The Swedish Club for Protection & Indemnity Insurance on full cover as per current Rules for Protection & Indemnity. The limit of liability for Oil Pollution is USD 1,000,000,000. In respect of P&I Excess War Risk Cover the limit is USD 500,000,000 and in respect of certain war and terrorist risks the liabilities arising from Bio-Chem etc, the limit is USD 30,000,000. For passenger and seaman risks the limit is USD 3,000,000,000 with a sub-limit of USD 2,000,000,000 for passenger claims only.

Subject always to the Rules of the Association and the terms of entry for the Assured, the following is included in the cover:

Liability for pollution (caused by a spillage of oil or any hazardous and noxious substances) (Rule 6)

Wreck Removal liability (Rule 7 section 5)

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Goteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E mail swedish.club@swedishclub.com
VAT No 5555780626501

The Swedish Club

In respect of the risks insured hereunder, to the extent the Member is insured for pollution risks under any other Insurance, cover hereunder shall be null, void and of no effect, up to the limits of said other insurance. Above the limits of said other insurance, cover under this insurance shall remain in effect, subject always to the limits herein which are applicable to such risks, to any deductible(s), and to the other terms, conditions and Club Rules. In the event the limits available under such other insurance are the same as or greater than the limits available for pollution losses under this insurance, then this insurance shall be null, void and of no effect with regard to such claims. In the event the limits of said other insurance are less than the limits available hereunder, this insurance shall respond up to the limits set forth herein for pollution losses, but only for the amount by which any such losses exceed the stated limits of such other insurance, and then only up to the limits set forth herein for pollution losses. This insurance shall respond only in excess of the stated limits of the other insurance, whether or not the full amount of such other policy limits, or any amount at all, is recoverable thereunder.

Notwithstanding the Terms of Rule (11:6), this insurance will not provide any recovery in respect of liabilities insured under any other insurance, or provide pro rated or allocated cover, on the basis of double insurance or otherwise, except as set forth above; nor will this insurance replace any other insurance where (for whatever reason) that other insurance does not or is not able to respond to a claim thereunder.

This certificate of entry is evidence only of the contract of indemnity insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

*Göteborg 20-Feb-2008*
**Sveriges Ångfartygs Assurans Förening**
**The Swedish Club**

2

# The Swedish Club

Attachment to Risk Ref. No:  2008PI0200 - 7614771
Vessel:                      **TOUGH TRADER**


| Deductibles | USD | 15,000 | Cargo liability |
|---|---|---|---|
| | USD | 10,000 | Crew liability |
| | USD | 5,000 | Other P&I risks |
| | USD | 25,000 | FFO |

The deductible for cargo liability is for each single voyage, all other deductibles applicable on each accident or occurrence, unless otherwise stated.
The deductible for cargo liability to be increased by 100% for liability in respect of bagged cargo and damage to cargo caused by leaking hatches and/ or hull. This deductible is also applied in respect of liability to passenger's belongings and/ or luggage.

Trading:                     World wide


## Special Conditions

Rule 3, section 1(b) - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew illness etc.)
Rule 3, section 2, first paragraph - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew wages etc.)
Rule 4, section 2, first paragraph - excluded (relates to through transport)
Rule 7, section 2(a) - excluded but excess collision liability covered. (Relates to 1/ 4ths collision liability)

Pre-loading/ discharge surveys for Owners account

Survey fees and handling costs for correspondents may be compensated if the survey and the correspondents handling assisted in reducing the claim if the original claim amount exceeds the deductible.

3



SVERIGES ÅNGFARTYGS        ASSURANS FÖRENING
# The Swedish Club
Est. 1872

# Certificate of Entry

### Freight Demurrage & Defence Insurance

Risk Ref. No:       2008FO0073 - 7614771

Legal Assured       Tough Trader Maritime PTE LTD    - As Owner
Co-Assured          Marachart Shipping Co.Ltd        - As Manager

Vessel:             **TOUGH TRADER**
IMO No:             7614771
GT:                 9,020
Built:              1980

Period of Insurance:   From 20-Feb-2008, 1200 GMT (0) until 20-Feb-2009, 1200 GMT (0)

### Main Conditions
This is to certify that above-named Assured is a Member of The Swedish Club and that the vessel stated above is entered with The Swedish Club for Freight Demurrage and Defence on full cover as per Club Rules.

This certificate of entry is evidence only of the contract of insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.
*Göteborg 20-Feb-2008*
**Sveriges Ångfartygs Assurans Förening**
**The Swedish Club**



Gullbergs Strandgata 6, PO Box 171, SE 401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E mail swedish.club@swedishclub.com
VAT No SE557206526501

The Swedish Club

Attachment to Risk Ref No:   2008FO0073 – 7614771
Vessel:                        **TOUGH TRADER**

Deductibles      USD              7,500   Excess limit

**Special Conditions**
This insurance is subject to the current amendment of The Swedish Club Rules for
Freight Demurrage & Defence 1985-02-20 and The Articles of Association.

The Association does not cover disputes involving amounts below the excess limit.

For claims amount in excess of USD 250,000 a deduction of 25% will be applied on
those amounts alone.

The overall limit of liability for the Association is USD 5,000,000.

Cancellation Returns Only.

SVERIGES ANGFARTYGS          ASSURANS FORENING
# The Swedish Club
Est 1872

# CERTIFICATE OF ENTRY

## Protection & Indemnity Insurance

Risk Ref. No.:           2007PI0154 - 7636781

Legal Assured:           Sword Trading S.A.          - As Owner
Co-Assured(s):           Marachart Shipping Co. Ltd  - As Manager

The interest of the following Mortgagee(s) / Assignee(s) is noted:
Mortgagee(s):            Laiki Bank (Hellas) S.A.

Vessel:                  **GRAIN TRADER**
IMO No:                  7636781
GT:                      18,322
Built:                   1979

Period of Insurance:     From 20-Feb-2007, 1200 GMT until 20-Feb-2008, 1200 GMT

## Main Conditions

This is to certify that above-named Assured is a Member of The Swedish Club and that the vessel stated above is entered with The Swedish Club for Protection & Indemnity Insurance on full cover as per current Rules for Protection & Indemnity. The limit of liability for Oil Pollution is USD 1,000,000,000. In respect of P&I Excess War Risk Cover the limit is USD 500,000,000 and in respect of certain war and terrorist risk the liabilities arising from Bio-Chem etc, the limit is USD 30,000,000. For passenger and seaman risks the limit is USD 3,000,000,000 with a sub-limit of USD 2,000,000,000 for passenger claims only.

Subject always to the Rules of the Association and the terms of entry for the Assured, the following is included in the cover:

   Liability for pollution (caused by a spillage of oil or any hazardous and noxious substances) (Rule 6)

   Wreck Removal liability (Rule 7 section 5)

1

SVERIGES ÅNGFARTYGS        ASSURANS FÖRENING

# The Swedish Club
EST 1872

In respect of the risks insured hereunder, to the extent the Member is insured for pollution risks under any other Insurance, cover hereunder shall be null, void and of no effect, up to the limits of said other insurance. Above the limits of said other insurance, cover under this insurance shall remain in effect, subject always to the limits herein which are applicable to such risks, to any deductible(s), and to the other terms, conditions and Club Rules. In the event the limits available under such other insurance are the same as or greater than the limits available for pollution losses under this insurance, then this insurance shall be null, void and of no effect with regard to such claims. In the event the limits of said other insurance are less than the limits available hereunder, this insurance shall respond up to the limits set forth herein for pollution losses, but only for the amount by which any such losses exceed the stated limits of such other insurance, and then only up to the limits set forth herein for pollution losses. This insurance shall respond only in excess of the stated limits of the other insurance, whether or not the full amount of such other policy limits, or any amount at all, is recoverable thereunder.

Notwithstanding the Terms of Rule (11:6), this insurance will not provide any recovery in respect of liabilities insured under any other insurance, or provide pro rated or allocated cover, on the basis of double insurance or otherwise, except as set forth above; nor will this insurance replace any other insurance where (for whatever reason) that other insurance does not or is not able to respond to a claim thereunder.

This certificate of entry is evidence only of the contract of indemnity insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

*Göteborg, 21-Feb-2007*
**Sveriges Ångfartygs Assurans Förening**
**The Swedish Club**

2

SVERIGES ÅNGFARTYGS        ASSURANS FÖRENING

# The Swedish Club
Est 1872

Attachment to Risk Ref. No:  2007PI0154 – 7636781
Vessel:                      **GRAIN TRADER**

| Deductibles | USD | 40,000 | Cargo liability | for ports in Africa/Yemen |
|---|---|---|---|---|
| | USD | 11,000 | Cargo Liability | All other ports |
| | USD | 11,000 | Crew liability | Each Port |
| | USD | 5,500 | Other P&I risks | |

The deductible for cargo liability is for each single voyage, all other deductibles applicable on each accident or occurrence, unless otherwise stated.

Trading:            World wide

## Special Conditions

Rule 3, section 1(b) - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew illness etc.)

Rule 3, section 2, first paragraph - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew wages etc.)

Rule 4, section 2, first paragraph - excluded (relates to through transport)

Rule 7, section 2(a) - excluded but excess collision liability covered. (Relates to 1/4ths collision liability)

Rule 7, section 3, first paragraph - excluded but excess liability covered. (Relates to liability for fixed and floating objects.)

Pre-loading/discharge surveys to be Owners account

Survey fees and handling costs for correspondents may be compensated if the survey and the correspondents handling assisted in reducing the claim if the original claim amount exceeds the deductible,

3

SVERIGES ANGFARTYGS          ASSURANS FORENING

# The Swedish Club
Est. 1872

# CONFIRMATION OF ENTRY

Sword Trading S.A.

**"GRAIN TRADER"**

We confirm that as of 20th February 2007 the "GRAIN TRADER" is entered in this Association by or on behalf of Sword Trading S.A. as owner, subject always to the Rules of the Association and the Member's terms of entry including all provisions as to payment of calls.

This confirmation of entry is not an indemnity or evidence of any undertaking on the part of the Association, whether financial or otherwise, to any party and shall not be construed as such.

In the event that the Member uses this confirmation as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, it must be clearly understood that this confirmation relates only to the date set out in the first paragraph hereof and that such insurance is subject to the Rules of the Association and the terms of entry as provided in that paragraph. Such use of this confirmation of entry by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

Göteborg 27th February 2007
**The Swedish Club**

SVERIGES ÁNGFARTYGS          ASSURANS FÖRENING

# The Swedish Club
EST 1872

The Shipowners Insurance and
Guaranty Company Ltd
P.O. Box HM 3398
Hamilton HM PX
Bermuda

**"GRAIN TRADER"**

At the request of our Member, the Association undertakes:

(a)    to inform you if the Directors give the Owner of the above ship notice under Rule 24
       that his insurance in the Association in respect of such ship is to cease at the end of the
       then current policy year;

(b)    to give you thirty days notice of the Association's intention to cancel the insurance of the
       Owner pursuant to Rule 24 by reason of his failure to pay, when due and demanded, any
       sum due from him to the Association.

It is a condition of this undertaking that this letter shall not form part of any application to the
United States Coast Guard or be used in support of any application for the purposes of
demonstrating evidence of insurance under any applicable law relating to financial responsibility.

Göteborg 27th February 2007

**The Swedish Club**

SVERIGES ÅNGFARTYGS ASSURANS FÖRENING

SVERIGES ÅNGFARTYGS          ASSURANS FÖRENING

# The Swedish Club
Est. 1872

Sword Trading S.A.

If the Guarantor provides a Guaranty to enable the Member to obtain (required in order to obtain for the Owner) a Certificate of Financial Responsibility from the United States Coast Guard using Coast Guard Form Other Evidence Approval No. 004 (the "Guaranty"), we confirm that neither the provision of the Guaranty by the Guarantor, nor the entering into such agreement with the Guarantor by the Owner, constitutes double insurance for the purpose of Rule 11 Section 6 (The "double insurance rule").

We acknowledge your instruction that payments made under the Guaranty by the Guarantor are made on your behalf and we confirm that, under this circumstance, payment by the Guarantor shall be considered to be payment by the Owner for the purposes of Rule 2 (The "pay-to-be-paid" rule).

For the avoidance of doubt, we confirm that insofar as the Owner may be required to give an indemnity to the Guarantor in relation to the provision of the Guaranty, the Managers do not approve the terms of such indemnity for the purpose of Rule 10 Section 2 (The "indemnity and other contracts" rule). The Owner shall nevertheless remain entitled to recover from the Association in accordance with the Rules of the Association and the terms of entry such liabilities, costs and expenses as would have been recoverable by the Owner from the Association if he had been sued directly as the responsible party.

Other than as provided above, the Owner's cover remains in all respects governed by the Rules of the Association and the terms of entry of the ships concerned.

It is a condition of this confirmation that neither this letter, nor the fact that the Owner is a Member of this Club and may be covered for certain pollution risks, shall form part of any application to the United States Coast Guard or any other governmental agency or be used in support of any application for the purposes of demonstrating evidence of insurance or evidence of financial responsibility under any applicable law relating to environmental pollution or financial responsibility.

Göteborg 27th February 2007

**The Swedish Club**

## The Swedish Club

# CERTIFICATE OF ENTRY

## Protection & Indemnity Insurance

Risk Ref. No.:        2007PI0154 - 7614771

| | | |
|---|---|---|
| Legal Assured | Tough Trader Maritime PTE LTD | - As Owner |
| Co-Assured | Marachart Shipping Co.Ltd | - As Manager |

The interest of the following Mortgagee(s) / Assignee(s) is noted:
Mortgagee(s):        Laiki Bank (Hellas) S.A.


Vessel:              **TOUGH TRADER**
IMO No:              7614771
GT:                  9,020
Built:               1980

Period of Insurance:    From 20-Feb-2007, 1200 GMT until 20-Feb-2008, 1200 GMT

## Main Conditions

This is to certify that above-named Assured is a Member of The Swedish Club and that the vessel stated above is entered with The Swedish Club for Protection & Indemnity Insurance on full cover as per current Rules for Protection & Indemnity. The limit of liability for Oil Pollution is USD 1,000,000,000. In respect of P&I Excess War Risk Cover the limit is USD 500,000,000 and in respect of certain war and terrorist risk the liabilities arising from Bio-Chem etc, the limit is USD 30,000,000. For passenger and seaman risks the limit is USD 3,000,000,000 with a sub-limit of USD 2,000,000,000 for passenger claims only.

Subject always to the Rules of the Association and the terms of entry for the Assured, the following is included in the cover:

1

SVERIGES ÅNGFARTYGS          ASSURANS FÖRENING

# The Swedish Club
Est. 1872

Liability for pollution (caused by a spillage of oil or any hazardous and noxious substances) (Rule 6)

Wreck Removal liability (Rule 7 section 5)

In respect of the risks insured hereunder, to the extent the Member is insured for pollution risks under any other Insurance, cover hereunder shall be null, void and of no effect, up to the limits of said other insurance. Above the limits of said other insurance, cover under this insurance shall remain in effect, subject always to the limits herein which are applicable to such risks, to any deductible(s), and to the other terms, conditions and Club Rules. In the event the limits available under such other insurance are the same as or greater than the limits available for pollution losses under this insurance, then this insurance shall be null, void and of no effect with regard to such claims. In the event the limits of said other insurance are less than the limits available hereunder, this insurance shall respond up to the limits set forth herein for pollution losses, but only for the amount by which any such losses exceed the stated limits of such other insurance, and then only up to the limits set forth herein for pollution losses. This insurance shall respond only in excess of the stated limits of the other insurance, whether or not the full amount of such other policy limits, or any amount at all, is recoverable thereunder.

Notwithstanding the Terms of Rule (11:6), this insurance will not provide any recovery in respect of liabilities insured under any other insurance, or provide pro rated or allocated cover, on the basis of double insurance or otherwise, except as set forth above; nor will this insurance replace any other insurance where (for whatever reason) that other insurance does not or is not able to respond to a claim thereunder.

This certificate of entry is evidence only of the contract of indemnity insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

*Göteborg, 21-Feb-2007*
**Sveriges Ångfartygs Assurans Förening
The Swedish Club**

2

SVERIGES ÅNGFARTYGS        ASSURANS FÖRENING

# The Swedish Club
Est 1872

Attachment to Risk Ref. No:   2007PI0154 - 7614771
Vessel:                        **TOUGH TRADER**

| Deductibles | USD | 10,000 | Crew liability | |
|---|---|---|---|---|
| | USD | 30,000 | Cargo Liability | for ports in Africa / Yemen |
| | USD | 10,000 | Cargo liability | All other ports |
| | USD | 5,000 | Other P&I risks | |

The deductible for cargo liability is for each single voyage, all other deductibles applicable on each accident or occurrence, unless otherwise stated.

Trading:            World wide

## Special Conditions

Rule 3, section 1(b) - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew illness etc.)

Rule 3, section 2, first paragraph - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew wages etc.)

Rule 4, section 2, first paragraph - excluded (relates to through transport)

Rule 7, section 2(a) - excluded but excess collision liability covered. (Relates to 1/4ths collision liability)

Rule 7, section 3, first paragraph - excluded but excess liability covered. (Relates to liability for fixed and floating objects.)

Pre-loading/discharge surveys for Owners account

Survey fees and handling costs for correspondents may be compensated if the survey and the correspondents handling assisted in reducing the claim if the original claim amount exceeds the deductible.

3

SVERIGES ÅNGFARTYGS          ASSURANS FÖRENING

# The Swedish Club
Est 1872

# CERTIFICATE OF ENTRY

## Protection & Indemnity Insurance

Risk Ref. No.:          2007PI0154 - 7609661

| | | |
|---|---|---|
| Legal Assured: | Ambient Shipholding Co. | - As Owners |
| Co-Assured(s): | Marachart Shipping Co. Ltd | - As Managers |

The interest of the following Mortgagee(s) / Assignee(s) is noted:
Mortgagee(s):          Laiki Bank (Hellas) S.A.

| | |
|---|---|
| Vessel: | **PIONEER TRADER** |
| IMO No: | 7609661 |
| GT: | 10,320 |
| Built: | 1980 |

Period of Insurance:    From 22-Feb-2007, 1600 GMT until 20-Feb-2008, 1200 GMT

## Main Conditions

This is to certify that above-named Assured is a Member of The Swedish Club and that the vessel stated above is entered with The Swedish Club for Protection & Indemnity Insurance on full cover as per current Rules for Protection & Indemnity. The limit of liability for Oil Pollution is USD 1,000,000,000. In respect of P&I Excess War Risk Cover the limit is USD 500,000,000 and in respect of certain war and terrorist risk the liabilities arising from Bio-Chem etc, the limit is USD 30,000,000. For passenger and seaman risks the limit is USD 3,000,000,000 with a sub-limit of USD 2,000,000,000 for passenger claims only.

Subject always to the Rules of the Association and the terms of entry for the Assured, the following is included in the cover:

   Liability for pollution (caused by a spillage of oil or any hazardous and noxious substances) (Rule 6)

   Wreck Removal liability (Rule 7 section 5)

1

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501

SVERIGES ÅNGFARTYGS                    ASSURANS FÖRENING

# The Swedish Club
Est 1872

In respect of the risks insured hereunder, to the extent the Member is insured for pollution risks under any other Insurance, cover hereunder shall be null, void and of no effect, up to the limits of said other insurance. Above the limits of said other insurance, cover under this insurance shall remain in effect, subject always to the limits herein which are applicable to such risks, to any deductible(s), and to the other terms, conditions and Club Rules. In the event the limits available under such other insurance are the same as or greater than the limits available for pollution losses under this insurance, then this insurance shall be null, void and of no effect with regard to such claims. In the event the limits of said other insurance are less than the limits available hereunder, this insurance shall respond up to the limits set forth herein for pollution losses, but only for the amount by which any such losses exceed the stated limits of such other insurance, and then only up to the limits set forth herein for pollution losses. This insurance shall respond only in excess of the stated limits of the other insurance, whether or not the full amount of such other policy limits, or any amount at all, is recoverable thereunder.

Notwithstanding the Terms of Rule (11:6), this insurance will not provide any recovery in respect of liabilities insured under any other insurance, or provide pro rated or allocated cover, on the basis of double insurance or otherwise, except as set forth above; nor will this insurance replace any other insurance where (for whatever reason) that other insurance does not or is not able to respond to a claim thereunder.

This certificate of entry is evidence only of the contract of indemnity insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

*Göteborg, 27-Feb-2007*
**Sveriges Ångfartygs Assurans Förening**
**The Swedish Club**

2



SVERIGES ANGFARTYGS    ASSURANS FORENING

# The Swedish Club

Est 1872

Attachment to Risk Ref. No:   2007PI0154 - 7609661
Vessel:                       **PIONEER TRADER**

Deductibles    USD        30,000   Bagged cargo liability
               USD        11,000   All other cargo liability
               USD        11,000   Crew liability
               USD        30,000   All claims arising out of
                                   Africa and Yemen
               USD         5,500   Other P & I risks

All deductibles applicable on each accident or occurrence, unless otherwise stated.

Trading:              World wide

## Special Conditions

Rule 3, section 1(b) - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew illness etc.)
Rule 3, section 2, first paragraph - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents. (Relates to crew wages etc.)
Rule 4, section 2, first paragraph - excluded (relates to through transport)
Rule 7, section 2(a) - excluded but excess collision liability covered. (Relates to 1/4ths collision liability)
Rule 7, section 3, first paragraph - excluded but excess liability covered. (Relates to liability for fixed and floating objects.)

Pre-loading/discharge surveys for Owners account

Survey fees and handling costs for correspondents may be compensated if the survey and the correspondents handling assisted in reducing the claim if the original claim amount exceeds the deductible.

3

SVERIGES ÅNGFARTYGS    ASSURANS FÖRENING

# The Swedish Club

EST 1872

# CONFIRMATION OF ENTRY

Ambient Shipholding Co.

## "PIONEER TRADER"

We confirm that as of 22nd February 2007 the "PIONEER TRADER" is entered in this Association by or on behalf of Ambient Shipholding Co. as owner, subject always to the Rules of the Association and the Member's terms of entry including all provisions as to payment of calls.

This confirmation of entry is not an indemnity or evidence of any undertaking on the part of the Association, whether financial or otherwise, to any party and shall not be construed as such.

In the event that the Member uses this confirmation as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, it must be clearly understood that this confirmation relates only to the date set out in the first paragraph hereof and that such insurance is subject to the Rules of the Association and the terms of entry as provided in that paragraph. Such use of this confirmation of entry by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

Göteborg 16th March 2007
**The Swedish Club**

FÖRENING



SVERIGES ÅNGFARTYGS          ASSURANS FÖRENING

# The Swedish Club
EST. 1872

The Shipowners Insurance and
Guaranty Company Ltd
P.O. Box HM 3398
Hamilton HM PX
Bermuda

## "PIONEER TRADER"

At the request of our Member, the Association undertakes:

(a)    to inform you if the Directors give the Owner of the above ship notice under Rule 24
that his insurance in the Association in respect of such ship is to cease at the end of the
then current policy year;

(b)    to give you thirty days notice of the Association's intention to cancel the insurance of the
Owner pursuant to Rule 24 by reason of his failure to pay, when due and demanded, any
sum due from him to the Association.

It is a condition of this undertaking that this letter shall not form part of any application to the
United States Coast Guard or be used in support of any application for the purposes of
demonstrating evidence of insurance under any applicable law relating to financial responsibility.

Göteborg 16th March 2007

The Swedish Club

SVERIGES ÅNGFARTYGS    ASSURANS FÖRENING

## The Swedish Club
EST. 1872

Ambient Shipholding Co.

If the Guarantor provides a Guaranty to enable the Member to obtain (required in order to obtain for the Owner) a Certificate of Financial Responsibility from the United States Coast Guard using Coast Guard Form Other Evidence Approval No. 004 (the "Guaranty"), we confirm that neither the provision of the Guaranty by the Guarantor, nor the entering into such agreement with the Guarantor by the Owner, constitutes double insurance for the purpose of Rule 11 Section 6 (The "double insurance rule").

We acknowledge your instruction that payments made under the Guaranty by the Guarantor are made on your behalf and we confirm that, under this circumstance, payment by the Guarantor shall be considered to be payment by the Owner for the purposes of Rule 2 (The "pay-to-be-paid" rule).

For the avoidance of doubt, we confirm that insofar as the Owner may be required to give an indemnity to the Guarantor in relation to the provision of the Guaranty, the Managers do not approve the terms of such indemnity for the purpose of Rule 10 Section 2 (The "indemnity and other contracts" rule). The Owner shall nevertheless remain entitled to recover from the Association in accordance with the Rules of the Association and the terms of entry such liabilities, costs and expenses as would have been recoverable by the Owner from the Association if he had been sued directly as the responsible party.

Other than as provided above, the Owner's cover remains in all respects governed by the Rules of the Association and the terms of entry of the ships concerned.

It is a condition of this confirmation that neither this letter, nor the fact that the Owner is a Member of this Club and may be covered for certain pollution risks, shall form part of any application to the United States Coast Guard or any other governmental agency or be used in support of any application for the purposes of demonstrating evidence of insurance or evidence of financial responsibility under any applicable law relating to environmental pollution or financial responsibility.

Göteborg 16th March 2007

**The Swedish Club**

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711. E-mail swedish.club@swedishclub.com
VAT No SE557206526501

# The Swedish Club
SVERIGES ÅNGFARTYGS    ASSURANS FÖRENING
*EST. 1872*

Our Ref.:        2006PI0210 –7609661

## Re: Protection & Indemnity Insurance

Legal Assured:        Ambient Shipholding Co.           – As Owners
Co-Assured            Marachart Shipping Co. Ltd.       –As Manager
Vessel:               **PIONEER TRADER**
IMO No:               7609661
GT:                   10,320
Built:                1980
Period of Insurance:  From on or about 08-February, 1200 GMT until 20-Feb-
2007, 1200 GMT

This is to confirm that above-named Assured is a Member of The Swedish Club
and that the vessel stated above is entered with The Swedish Club for Protection &
Indemnity Insurance on full cover as per current Rules for Protection & Indemnity,
subject always to the Member's terms of entry including all provisions as to
payment of calls. The limit of liability for Oil Pollution is USD 1,000,000,000. In
respect of P&I Excess War Risk Cover the limit is USD 500,000,000 and in respect
of certain war and terrorist risk the liabilities arising from Bio-Chem etc, the limit is
USD 30,000,000.

Subject to terms of entry, the following is included in the cover:

> Liability for pollution (caused by a spillage of oil or any hazardous and noxious
> substances) (Rule 6)

> Wreck Removal liability (Rule 7 section 5)

This confirmation of entry is evidence only of the contract of indemnity insurance
between the above named Member and the Association and shall not be construed
as evidence of any undertaking, financial or otherwise, on the part of the
Association to any other party.
In the event that a Member tenders this certificate as evidence of insurance under
any applicable law relating to financial responsibility, or otherwise shows or offers it
to any other party as evidence of insurance, such use of this Certificate by the
Member is not to be taken as any indication that the Association thereby consents
to act as guarantor or to be sued directly in any jurisdiction whatsoever. The
Association does not so consent.

*Göteborg, 18 January 2007*
**Sveriges Ångfartygs Assurans Förening**
The Swedish Club

SVERIGES ~~[signature]~~ FÖRENING
THE SW~~[signature]~~B

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501
www.swedishclub.com

SVERIGES ÅNGFARTYGS          ASSURANS FÖRENING

## The Swedish Club
Est 1872

# CERTIFICATE OF ENTRY

## Protection & Indemnity Insurance

Risk Ref. No.:          2006PI0210 - 7614771

Legal Assured          Tough Trader Maritime PTE
                       LTD
Co-Assured              Marachart Shipping Co.Ltd
Owner                  Tough Trader Maritime PTE
                       LTD
Mortgagee              EFG Eurobank Ergasias S.A.
Manager                Marachart Shipping Co. Ltd


Vessel:                **TOUGH TRADER**
IMO No:                7614771
GT:                    9,020
Built:                 1980

Period of Insurance:   From 13-Nov-2006 , 1300 Greek Time until 20-Feb-2007 , 1200
GMT

## Main Conditions
This is to certify that above-named Assured is a Member of The Swedish Club and that
the vessel stated above is entered with The Swedish Club for Protection & Indemnity
Insurance on full cover as per current Rules for Protection & Indemnity. The limit of
liability for Oil Pollution is USD 1,000,000,000. In respect of P&I Excess War Risk
Cover the limit is USD 500,000,000 and in respect of certain war and terrorist risk the
liabilities arising from Bio-Chem etc, the limit is USD 30,000,000.

Subject always to the Rules of the Association and the terms of entry for the Assured, the
following is included in the cover:

Liability for pollution (caused by a spillage of oil or any hazardous and noxious
substances) (Rule 6)

1

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel · 46 31 638 400, Fax +46 31 156 711, E-mail swedish club@swedishclub.com
VAT No SE557206526501
www.swedishclub.com

SVERIGES ÅNGFARTYGS    ASSURANS FÖRENING

# The Swedish Club
EST 1872

Attachment to Risk Ref. No:  2006PI0210 - 7614771
Vessel:                        **TOUGH TRADER**

| Deductibles | USD | 10,000 | Crew liability | each accident and occurence |
|---|---|---|---|---|
| | USD | 30,000 | Cargo Liability | for ports in Africa / Yemen/each voyage |
| | USD | 10,000 | Cargo liability | All other ports |
| | USD | 5,000 | Other P&I risks | |

## Special Conditions

Trading Warranties:    Worldwide

Full entry as per The Swedish Club Rules for Protection and Indemnity, 1985-02-20 (latest amendment) and the Articles of Association, including circulars.

With special conditions as follows:
Rule 3, section 1(b) - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents.
Rule 3, section 2, first paragraph - excluded insofar as this liability is covered by social security schemes or additional insurance is arranged by the Member or his Agents.
Rule 4, section 2, first paragraph - excluded (relates to through transport)
Rule 7, section 2 (A) – excluded (1/4th collision liability) but excess collision liability cover

Pre-loading/discharge surveys to be Owners account

Survey fees and handling costs for correspondents may be compensated if the survey and the correspondents handling assisted in reducing the claim if the original claim amount exceeds the deductible,

3

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501
www.swedishclub.com

# EXHIBIT 2



SVERIGES ÅNGFARTYGS    ASSURANS FÖRENING
# The Swedish Club
Est 1872

P.L. Ferrari & Co. SRL
Via San Bartolomeo degli Armeni, 5
16122 , GENOA
Italy

# Basic Premium Debit Note

**Payment Ref.:**   2008002986

**Date:**   03-Mar-2008

**Client:**   Marachart Shipping Co. Ltd

**Payee:**   Marachart Shipping Co. Ltd
5 Kapodistriou Street
144 52 , Metamorfosi-Athens
Greece

**Latest date for
receipt of payment:**   20-Nov-2008

**Currency:**   USD

Page   1   of   2

www.swedishclub.com

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish-club@swedishclub.com
VAT No SE557206526501

# The Swedish Club

**Sub Class:**    Freight Demurrage & Defence Insurance

**Risk Ref No:**    2008FO0073

| Vessel<br>IMO No. | Transaction<br>Type | Call | Transaction<br>Period | Amount |
|---|---|---|---|---|
| PIONEER TRADER<br>7609661 | Basic Premium | 12,500.0000000 | 20-Nov-2008 -<br>19-Feb-2009 | 3,125.00 |
| TOUGH TRADER<br>7614771 | Basic Premium | 12,500.0000000 | 20-Nov-2008 -<br>19-Feb-2009 | 3,125.00 |

| | | TOTAL | USD | 6,250.00 |
|---|---|---|---|---|

**Payment Instruction**
PLEASE REMIT PAYMENT TO:
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

FOR PAYMENTS WITHIN SWEDEN IN SEK AND EUR:
BANKGIRO: 656-4983

It is vital that our Payment Ref. is quoted on your payment order!



SVERIGES ÅNGFARTYGS   ASSURANS FÖRENING
# The Swedish Club
Est 1872

P.L. Ferrari & Co. SRL
Via San Bartolomeo degli Armeni, 5
16122 , GENOA
Italy

# Basic Premium Debit Note

| | |
|---|---|
| **Payment Ref.:** | 2008002961 |
| **Date:** | 03-Mar-2008 |
| **Client:** | Marachart Shipping Co. Ltd |
| **Payee:** | Marachart Shipping Co. Ltd |
| | 5 Kapodistriou Street |
| | 144 52 , Metamorfosi-Athens |
| | Greece |
| **Latest date for receipt of payment:** | 20-Nov-2008 |
| **Currency:** | USD |

www.swedishclub.com

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE5557706526501

# The Swedish Club

**Sub Class:**  Protection & Indemnity Insurance

**Risk Ref No:**   2008PI0200

| Vessel IMO No. | Transaction Type | GT | Call | Transaction Period | Amount |
|---|---|---|---|---|---|
| PIONEER TRADER 7609661 | Basic Premium | 10,320 | 12.7004000 | 20-Nov-2008 - 19-Feb-2009 | 32,767.04 |
| TOUGH TRADER 7614771 | Basic Premium | 9,020 | 15.9178000 | 20-Nov-2008 - 19-Feb-2009 | 35,894.64 |

|  |  | **TOTAL** | **USD** | | **68,661.68** |

**Payment Instruction**
PLEASE REMIT PAYMENT TO:
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

FOR PAYMENTS WITHIN SWEDEN IN SEK AND EUR:
BANKGIRO:  656-4983

It is vital that our Payment Ref. is quoted on your payment order!

Payment Ref: 2008002961



SVERIGES ÅNGFARTYGS    ASSURANS FÖRENING
# The Swedish Club
Est. 1872

P.L. Ferrari
Gildo Pastor Center
7, Rue du Gabian
MC 98000 , MONTE CARLO
Monaco

# Basic Premium Debit Note

**Payment Ref.:**        2008011630

**Date:**                21-Dec-2008

**Client:**              Marachart Shipping Co. Ltd


**Payee:**               P.L. Ferrari
                         Gildo Pastor Center
                         7, Rue du Gabian
                         MC 98000 , MONTE CARLO
                         Monaco



**Latest date for
receipt of payment:**    20-Feb-2009

**Currency:**            USD

www.swedishclub.com

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE55720652650I

# The Swedish Club

**Sub Class:** Protection & Indemnity Insurance

**Risk Ref No:** 2006PI0210

| Vessel IMO No. | Transaction Type | GT | Call | Transaction Period | Amount |
|---|---|---|---|---|---|
| TOUGH TRADER 7614771 | Supplementary Call | 9,020 | 11.9500000 | 13-Nov-2006 - 19-Feb-2007 | 10,232.57 |

| | | TOTAL | USD | | 10,232.57 |
|---|---|---|---|---|---|

**Payment Instruction**
PLEASE REMIT PAYMENT TO:
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

FOR PAYMENTS WITHIN SWEDEN IN SEK AND EUR:
BANKGIRO: 656-4983

It is vital that our Payment Ref. is quoted on your payment order!



SVERIGES ÅNGFARTYGS    ASSURANS FÖRENING
# The Swedish Club
Est. 1872

P.L. Ferrari & Co. SRL
Via San Bartolomeo degli Armeni, 5
16122 , GENOA
Italy

# Basic Premium Debit Note

| | |
|---|---|
| **Payment Ref.:** | 2009002603 |
| **Date:** | 03-Mar-2009 |
| **Client:** | Marachart Shipping Co. Ltd |
| **Payee:** | Marachart Shipping Co. Ltd |
| | 5 Kapodistriou Street |
| | 144 52 , Metamorfosi-Athens |
| | Greece |

| | |
|---|---|
| **Latest date for receipt of payment:** | 20-Mar-2009 |
| **Currency:** | USD |

www.swedishclub.com

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE55/206526501

# The Swedish Club

**Sub Class:**   Freight Demurrage & Defence Insurance
**Risk Ref No:**   2009FO0071

| Vessel<br>IMO No. | Transaction<br>Type | Call | Transaction<br>Period | Amount |
|---|---|---|---|---|
| PIONEER TRADER<br>7609661 | Basic Premium | 14,375.0000000 | 20-Feb-2009 -<br>19-May-2009 | 3,593.75 |
| TOUGH TRADER<br>7614771 | Basic Premium | 14,375.0000000 | 20-Feb-2009 -<br>19-May-2009 | 3,593.75 |

**TOTAL**    **USD**    **7,187.50**

**Payment Instruction**
PLEASE REMIT PAYMENT TO:
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

FOR PAYMENTS WITHIN SWEDEN IN SEK AND EUR:
BANKGIRO: 656-4983

It is vital that our Payment Ref. is quoted on your payment order!

Payment Ref: 2009002603



SVERIGES ÅNGFARTYGS    ASSURANS FÖRENING
## The Swedish Club
est 1872

P.L. Ferrari & Co. SRL
Via San Bartolomeo degli Armeni, 5
16122 , GENOA
Italy

# Basic Premium Debit Note

**Payment Ref.:**       2009002611

**Date:**               03-Mar-2009

**Client:**             Marachart Shipping Co. Ltd


**Payee:**              Marachart Shipping Co. Ltd
                        5 Kapodistriou Street
                        144 52 , Metamorfosi-Athens
                        Greece



**Latest date for
receipt of payment:**   20-Mar-2009

**Currency:**           USD

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557706526501

# The Swedish Club

**Sub Class:**    Protection & Indemnity Insurance
**Risk Ref No:**    2009PI0110

| Vessel<br>IMO No. | Transaction<br>Type | GT | Call | Transaction<br>Period | Amount |
|---|---|---|---|---|---|
| PIONEER TRADER<br>7609661 | Basic Premium | 10,320 | 15.2904000 | 20-Feb-2009 -<br>19-May-2009 | 39,449.23 |
| TOUGH TRADER<br>7614771 | Basic Premium | 9,020 | 19.1513000 | 20-Feb-2009 -<br>19-May-2009 | 43,186.18 |

|  | TOTAL | USD | 82,635.41 |
|---|---|---|---|

**Payment Instruction**
PLEASE REMIT PAYMENT TO:
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

FOR PAYMENTS WITHIN SWEDEN IN SEK AND EUR:
BANKGIRO: 656-4983

It is vital that our Payment Ref. is quoted on your payment order!



SVERIGES ÅNGFARTYGS   ASSURANS FÖRENING
The Swedish Club
Est 1872

P.L. Ferrari
Gildo Pastor Center
7, Rue du Gabian
MC 98000 , MONTE CARLO
Monaco

# Basic Premium Debit Note

**Payment Ref.:**   2008011806

**Date:**   21-Dec-2008

**Client:**   Marachart Shipping Co. Ltd

**Payee:**   P.L. Ferrari
Gildo Pastor Center
7, Rue du Gabian
MC 98000 , MONTE CARLO
Monaco

**Latest date for
receipt of payment:**   20-May-2009

**Currency:**   USD

www.swedishclub.com

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.c.ub@swedishclub.com
VAT No SE557206526501

# The Swedish Club

**Sub Class:** Protection & Indemnity Insurance
**Risk Ref No:** 2007PI0154

| Vessel<br>IMO No. | Transaction<br>Type | GT | Call | Transaction<br>Period | Amount |
|---|---|---|---|---|---|
| GRAIN TRADER<br>7636781 | Supplementary<br>Call | 18,322 | 10.0369000 | 20-Feb-2007 -<br>04-Oct-2007 | 40,028.89 |
| PIONEER TRADER<br>7609661 | Supplementary<br>Call | 10,320 | 10.1700000 | 22-Feb-2007 -<br>19-Feb-2008 | 36,532.76 |
| TOUGH TRADER<br>7614771 | Supplementary<br>Call | 9,020 | 12.8463000 | 20-Feb-2007 -<br>19-Feb-2008 | 40,555.77 |

|  | TOTAL | USD | 117,117.42 |
|---|---|---|---|

**Payment Instruction**
PLEASE REMIT PAYMENT TO:
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

FOR PAYMENTS WITHIN SWEDEN IN SEK AND EUR:
BANKGIRO: 656-4983

It is vital that our Payment Ref. is quoted on your payment order!

Payment Ref: 2008011806



SVERIGES ÅNGFARTYGS     ASSURANS FÖRENING

# The Swedish Club
Est. 1872

P.L. Ferrari & Co. SRL
Via San Bartolomeo degli Armeni, 5
16122 , GENOA
Italy

# Basic Premium Debit Note

| | |
|---|---|
| **Payment Ref.:** | 2009002605 |
| **Date:** | 03-Mar-2009 |
| **Client:** | Marachart Shipping Co. Ltd |
| **Payee:** | Marachart Shipping Co. Ltd |
| | 5 Kapodistriou Street |
| | 144 52 , Metamorfosi-Athens |
| | Greece |

**Latest date for
receipt of payment:**     20-May-2009

**Currency:**     USD

www.swedishclub.com

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE55/20652o501

# The Swedish Club

**Sub Class:**   Freight Demurrage & Defence Insurance
**Risk Ref No:**   2009FO0071

| Vessel<br>IMO No. | Transaction<br>Type | Call | Transaction<br>Period | Amount |
|---|---|---|---|---|
| PIONEER TRADER<br>7609661 | Basic Premium | 14,375.0000000 | 20-May-2009 -<br>19-Aug-2009 | 3,593.75 |
| TOUGH TRADER<br>7614771 | Basic Premium | 14,375.0000000 | 20-May-2009 -<br>19-Aug-2009 | 3,593.75 |
| | | | **TOTAL**   **USD** | **7,187.50** |

**Payment Instruction**
PLEASE REMIT PAYMENT TO:
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

FOR PAYMENTS WITHIN SWEDEN IN SEK AND EUR:
BANKGIRO:  656-4983

It is vital that our Payment Ref. is quoted on your payment order!

Payment Ref: 2009002605



SVERIGES ÅNGFARTYGS     ASSURANS FÖRENING

## The Swedish Club
Est. 1872

P.L. Ferrari & Co. SRL
Via San Bartolomeo degli Armeni, 5
16122 , GENOA
Italy

# Basic Premium Debit Note

**Payment Ref.:**      2009002613

**Date:**              03-Mar-2009

**Client:**            Marachart Shipping Co. Ltd


**Payee:**             Marachart Shipping Co. Ltd
                       5 Kapodistriou Street
                       144 52 , Metamorfosi-Athens
                       Greece



**Latest date for
receipt of payment:**  20-May-2009

**Currency:**          USD

Page  1   of   2

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501

# The Swedish Club

**Sub Class:**     Protection & Indemnity Insurance

**Risk Ref No:**     2009PI0110

| Vessel<br>IMO No. | Transaction<br>Type | GT | Call | Transaction<br>Period | Amount |
|---|---|---|---|---|---|
| PIONEER TRADER<br>7609661 | Basic Premium | 10,320 | 15.2904000 | 20-May-2009 -<br>19-Aug-2009 | 39,449.23 |
| TOUGH TRADER<br>7614771 | Basic Premium | 9,020 | 19.1513000 | 20-May-2009 -<br>19-Aug-2009 | 43,186.18 |

|  |  |  |
|---|---|---|
| **TOTAL** | **USD** | **82,635.41** |

**Payment Instruction**

PLEASE REMIT PAYMENT TO:
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

FOR PAYMENTS WITHIN SWEDEN IN SEK AND EUR:
BANKGIRO: 656-4983

It is vital that our Payment Ref. is quoted on your payment order!

# The Swedish Club

## BASIC PREMIUM DEBIT NOTE

P.L. Ferrari
Gildo Pastor Center
7, Rue du Gabian
MC 98000 , MONTE CARLO
Monaco

| | |
|---|---|
| Payment Ref.: | 2008011806 |
| Date: | 21-Dec-2008 |
| Client: | Marachart Shipping Co. Ltd |
| Payee: | P.L. Ferrari<br>Gildo Pastor Center<br>7, Rue du Gabian<br>MC 98000 , MONTE CARLO<br>Monaco |
| Latest date for<br>receipt of payment: | 20-May-2009 |
| Currency: | USD |

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501

# The Swedish Club

## BASIC PREMIUM DEBIT NOTE

Sub Class:   Protection & Indemnity Insurance
Risk Ref No:  2007PI0154

| Vessel IMO No. | Transaction Type | GT | Call | Transaction Period | Amount |
|---|---|---|---|---|---|
| GRAIN TRADER 7636781 | Supplementary Call | 18,322 | 10.0369000 | 20-Feb-2007 - 04-Oct-2007 | 40,028.89 |
| PIONEER TRADER 7609661 | Supplementary Call | 10,320 | 10.1700000 | 22-Feb-2007 - 19-Feb-2008 | 36,532.76 |
| TOUGH TRADER 7614771 | Supplementary Call | 9,020 | 12.8463000 | 20-Feb-2007 - 19-Feb-2008 | 40,555.77 |

|  | TOTAL | USD | 117,117.42 |
|---|---|---|---|

**Payment Instruction**
PLEASE REMIT PAYMENT TO:
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

FOR PAYMENTS WITHIN SWEDEN IN SEK AND EUR:
BANKGIRO: 656-4983

It is vital that our Payment Ref. is quoted on your payment order!

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400. Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501

# The Swedish Club

## BASIC PREMIUM DEBIT NOTE

P.L. Ferrari
Gildo Pastor Center
7, Rue du Gabian
MC 98000 , MONTE CARLO
Monaco

| | |
|---|---|
| Payment Ref.: | 2008011630 |
| Date: | 21-Dec-2008 |
| Client: | Marachart Shipping Co. Ltd |
| Payee: | P.L. Ferrari |
| | Gildo Pastor Center |
| | 7, Rue du Gabian |
| | MC 98000 , MONTE CARLO |
| | Monaco |
| Latest date for receipt of payment: | 20-Feb-2009 |
| Currency: | USD |

Page  1  of  2

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E mail swedish.club@swedishclub.com
VAT No SE557206526501

# The Swedish Club

## BASIC PREMIUM DEBIT NOTE

Sub Class:     Protection & Indemnity Insurance
Risk Ref No:   2006PI0210

| Vessel<br>IMO No. | Transaction<br>Type | GT | Call | Transaction<br>Period | Amount |
|---|---|---|---|---|---|
| TOUGH TRADER<br>7614771 | Supplementary<br>Call | 9,020 | 11.9500000 | 13-Nov-2006 -<br>19-Feb-2007 | 10,232.57 |

|  | TOTAL | USD | 10,232.57 |
|---|---|---|---|

**Payment Instruction**
PLEASE REMIT PAYMENT TO:
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

FOR PAYMENTS WITHIN SWEDEN IN SEK AND EUR:
BANKGIRO: 656-4983

It is vital that our Payment Ref. is quoted on your payment order!

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501

# EXHIBIT 3



The Swedish Club

**54555   P.L. FERRARI & CO. SRL.**

| Due Date | Orig Cur | Unalloc Amnt | Invoice No | Claim/Rec No | Object | Vessel Name | Trd Code | | Client | UW Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| 23-Jan-09 | USD | (30,000.00) | 000002060600 | 20081949 | 761477 | TOUGH TRADER | SDED | | Marachart Shipping Co. Ltd | 2008PI0200 |
| 16-Feb-09 | USD | (10,000.00) | 000003053394 | 20080885 | 761477 | TOUGH TRADER | SDED | | Marachart Shipping Co. Ltd | 2008PI0200 |
| 11-Mar-09 | USD | 40,000.00 | 000004069910 | 20082147 | 769966 | PIONEER TRADER | INDM | | Marachart Shipping Co. Ltd | 2008FO0073 |
| 30-Mar-09 | USD | 27.21 | 000010059641 | 20081102 | 761477 | TOUGH TRADER | INDM | | Marachart Shipping Co. Ltd | 2008PI0200 |
| 6-Apr-09 | USD | (30,000.00) | 000003060727 | 20082042 | 761477 | TOUGH TRADER | SDED | | Marachart Shipping Co. Ltd | 2008PI0200 |
| 13-May-09 | USD | (11,000.00) | 000018058013 | 20071580 | 769966 | PIONEER TRADER | SDED | | Marachart Shipping Co. Ltd | 2007PI0154 |
| | **USD** | **(40,972.79)** | | | | | **Outstanding claim etc.** | | | |
| 20-Nov-08 | USD | (3,125.00) | 2008002986 | | 761477 | TOUGH TRADER | BP | G | Marachart Shipping Co. Ltd | 2008FO0073 |
| 20-Nov-08 | USD | (16,875.00) | 2008002961 | | 769966 | PIONEER TRADER | BP | G | Marachart Shipping Co. Ltd | 2008FO0200 |
| 20-Nov-08 | USD | (3,125.00) | 2008002986 | | 769966 | PIONEER TRADER | BP | G | Marachart Shipping Co. Ltd | 2008FO0073 |
| 20-Nov-08 | USD | (16,875.00) | 2008002961 | | 761477 | TOUGH TRADER | BP | G | Marachart Shipping Co. Ltd | 2008FO0200 |
| 20-Feb-09 | USD | (10,232.67) | 2008011630 | | 761477 | TOUGH TRADER | BP | G | Marachart Shipping Co. Ltd | 2008PI0210 |
| 20-Mar-09 | USD | (3,593.75) | 2009002603 | | 769966 | PIONEER TRADER | ACP | G | Marachart Shipping Co. Ltd | 2009FO0071 |
| 20-Mar-09 | USD | (39,449.23) | 2009002611 | | 769966 | PIONEER TRADER | BP | G | Marachart Shipping Co. Ltd | 2009PI0110 |
| 20-Mar-09 | USD | (3,593.75) | 2009002603 | | 761477 | TOUGH TRADER | ACP | G | Marachart Shipping Co. Ltd | 2009FO0071 |
| 20-Mar-09 | USD | (39,449.23) | 2009002611 | | 761477 | TOUGH TRADER | BP | G | Marachart Shipping Co. Ltd | 2009PI0110 |
| 20-Mar-09 | USD | (43,186.18) | 2009002811 | | 761477 | TOUGH TRADER | BP | G | Marachart Shipping Co. Ltd | 2009FO0071 |
| 20-Mar-09 | USD | (40,028.89) | 2008011806 | | 769378 | GRAIN TRADER | BP | G | Marachart Shipping Co. Ltd | 2009PI0110 |
| 20-May-09 | USD | (36,532.76) | 2008011806 | | 769966 | PIONEER TRADER | ACP | G | Marachart Shipping Co. Ltd | 2007PI0154 |
| 20-May-09 | USD | (3,593.75) | 2008002605 | | 769966 | PIONEER TRADER | ACP | G | Marachart Shipping Co. Ltd | 2008FO0071 |
| 20-May-09 | USD | (39,449.23) | 2009002613 | | 761477 | TOUGH TRADER | BP | G | Marachart Shipping Co. Ltd | 2009PI0110 |
| 20-May-09 | USD | (40,555.77) | 2008011806 | | 761477 | TOUGH TRADER | BP | G | Marachart Shipping Co. Ltd | 2007PI0154 |
| 20-May-09 | USD | (3,593.75) | 2009002805 | | 761477 | TOUGH TRADER | ACP | G | Marachart Shipping Co. Ltd | 2008FO0071 |
| 20-May-09 | USD | (43,186.18) | 2009002613 | | 761477 | TOUGH TRADER | BP | G | Marachart Shipping Co. Ltd | 2009PI0110 |
| | **USD** | **(346,995.81)** | | | | | **Outstanding gross premiums** | | | |
| | **USD** | **(387,968.60)** | | | | | **Outstanding Grand Total** | | | |

Transaction Narr...

Payment of deductible - correspondence MSE dd 23/1/09.
Payment of deductible correspondence MMA dd 16/2/09.
20082147 - correspondence JCW dd 4th March 2009.
Balance of payment re indemnity claim of USD35,027.21
20082042 - Payment of Deductible
Payment of Deductible

35 % Supplementary Call on Policy Year 2006/2007

35% Supplementary Call on Policy Year 2007/2008
35% Supplementary Call on Policy Year 2007/2008

35% Supplementary Call on Policy Year 2007/2008





SVERIGES ÅNGFARTYGS ASSURANS FÖRENING
# The Swedish Club
Est. 1872

Marachart Shipping Co. Ltd
5 Kapodistriou Street
144 52  Metamorfosi-Athens
Greece

# Invoice

Göteborg       26-Jan-2009

Payment Ref.: 000002  060600
Our Ref.:       006/20081949 MSE
Your Ref:       Deductible

Dear Sirs,

**Vessel:**   **TOUGH TRADER**
**IMO:**      **7614771**
**Re:**       **At Tema, Ghana, 2009.01.21 – alleged cargo shortage and losses
              and request for LOU**

Further to the above captioned matter, we hereby enclose our invoice, regarding payment of
deductible in the amount of.................................................................. **USD -30,000.00 .**

We ask Members to kindly arrange payment of our invoice within 5 working days of issuance.

Yours faithfully,
**The Swedish Club**

*Cc: The Swedish Club Greece - Mats Segolson*

-----------------------------------------------

**Please remit payment to:**
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

**Important**
No spaces between the above figures should be inserted.
However, for ease of transcription of these figures onto bank instructions,
reference can be made to the following grouping: SE23 6000 0000 0008 3311 1108

**It is vital that our above Casualty ID is quoted on your payment order!**

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501



SVERIGES ÅNGFARTYGS ASSURANS FÖRENING

**The Swedish Club**
Est. 1872

Marachart Shipping Co. Ltd
5 Kapodistriou Street
144 52 Metamorfosi-Athens
Greece

# Invoice

Göteborg        16-Feb-2009

Payment Ref.: 000003  059394
Our Ref.:        004/20080885 MMA
Your Ref:       Payment of Deductible

Dear Sirs,

| | |
|---|---|
| **Vessel:** | **TOUGH TRADER** |
| **IMO:** | **7614771** |
| **Re:** | **At Banjul on 14/07/08- Discharging 14,000MT of bagged sugar** |

With reference to the above captioned matter, we hereby enclose our invoice regarding payment of deductible in the amount of...................................................**USD -10,000.00.**

We ask Members to kindly arrange for payment of this invoice as soon as possible., according to instructions set out herein.

Yours faithfully,
**The Swedish Club**

*Cc: The Swedish Club Greece – Maria Markantoni*

-------------------------------------------------

**Please remit payment to:**
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

**Important**
No spaces between the above figures should be inserted.
However, for ease of transcription of these figures onto bank instructions,
reference can be made to the following grouping: SE23 6000 0000 0008 3311 1108

**It is vital that our above Casualty ID is quoted on your payment order!**

| www.swedishclub.com |

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501



SVERIGES ÅNGFARTYGS ASSURANS FÖRENING
# The Swedish Club
Est. 1872

Marachart Shipping Co. Ltd
5 Kapodistriou Street
144 52  Metamorfosi-Athens
Greece

# Invoice

Göteborg      06-Apr-2009

Payment Ref.: 000003  060727
Our Ref.:      007/20082042 JOW
Your Ref:      Payment of Deductible

Dear Sirs,

**Vessel:**   **TOUGH TRADER**
**IMO:**      **7614771**
**Re:**       **Loaded bagged sugar Santos, Brazil 13/2/09 – Discharge Contonu**
              **April 2009 – damages and shortage of cargo**

With reference to the above captioned matter, we hereby enclose our invoice regarding payment
of deductible in the amount of..................................................<u>USD -30,000.00</u> .

We ask Members to kindly arrange for payment of this invoice as soon as possible, according to
instructions set out below.

Yours faithfully,
**The Swedish Club**

*Cc: The Swedish Club Greece – John Owen*

-------------------------------------------------

**Please remit payment to:**
SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

**Important**
No spaces between the above figures should be inserted.
However, for ease of transcription of these figures onto bank instructions,
reference can be made to the following grouping: SE23 6000 0000 0008 3311 1108

**It is vital that our above Casualty ID is quoted on your payment order!**

| www.swedishclub.com |

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501



SVERIGES ÅNGFARTYGS ASSURANS FÖRENING
# The Swedish Club
Est. 1872

Marachart Shipping Co. Ltd
5 Kapodistriou Street
144 52  Metamorfosi-Athens
Greece

# Invoice

Göteborg      13-May-2009

Payment Ref.: 000018  058013
Our Ref.:      002/20071580 MMA
Your Ref:     Payment of Deductible

Dear Sirs,

**Vessel:      PIONEER TRADER**
**IMO:         7609661**
**Re:          Discharging 15,422 mt soya beans in bulk at Bandirma, Turkey**

With reference to the above captioned matter, we hereby enclose our invoice regarding payment
of deductible in the amount of.................................................. **USD -11,000.00** .

We ask Members to kindly arrange for payment as soon as possible, according to instructions set
out herein.

Yours faithfully,
**The Swedish Club**

*Cc:  The Swedish Club Greece – Maria Markantoni*

-----------------------------------------------

Please remit payment to:

SVENSKA HANDELSBANKEN, STOCKHOLM
SWIFT : HANDSESS
IBAN: SE2360000000000833111108

**Important**
No spaces between the above figures should be inserted.
However, for ease of transcription of these figures onto bank instructions,
reference can be made to the following grouping: SE23 6000 0000 0008 3311 1108

**It is vital that our above Casualty ID is quoted on your payment order!**

www.swedishclub.com

Gullbergs Strandgata 6, P.O. Box 171, SE-401 22 Göteborg, Sweden
Tel +46 31 638 400, Fax +46 31 156 711, E-mail swedish.club@swedishclub.com
VAT No SE557206526501

**Tina Tzortzis**

| | |
|---|---|
| **From:** | Tina Tzortzis |
| **Sent:** | 28/05/2009 14:28:35 |
| **To:** | Anastasios Raissis |
| **Cc:** | 'Anna Tsili', 'Nick Little', Tord Nilsson, John Owen |
| **Subject:** | Marachart Shipping CO-Overdue premiums for P&I and FDD |
| **Importance:** | Normal |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | Orange Category |

Dear Sirs,

Please treat this as a reminder pursuant to Rule 26 paragraph 3 of The Swedish Club P&I Rules.

We hereby remind you of our Debit Notes identified below were due for payment as from 20th November 2008.

| Due Date | Orig Ccy | Unalloc Amnt | Orig Amnt | Status | Inv No | IMO | Vessel Name | Entry Type |
|---|---|---|---|---|---|---|---|---|
| 20-Nov-08 | USD | -3,125.00 | -3,125.00 | N | 2008002986 | 7614771 | TOUGH TRADER PIONEER | BP |
| 20-Nov-08 | USD | -3,125.00 | -3,125.00 | N | 2008002986 | 7609661 | TRADER | BP |
| 20-Nov-08 | USD | -16,875.00 | -35,894.64 | P | 2008002961 | 7614771 | TOUGH TRADER PIONEER | BP |
| 20-Nov-08 | USD | -16,875.00 | -32,767.04 | P | 2008002961 | 7609661 | TRADER | BP |
| 20-Feb-09 | USD | -10,232.57 | -10,232.57 | N | 2008011630 | 7614771 | TOUGH TRADER PIONEER | ACP |
| 20-Mar-09 | USD | -3,593.75 | -3,593.75 | N | 2009002603 | 7609661 | TRADER | BP |
| 20-Mar-09 | USD | -3,593.75 | -3,593.75 | N | 2009002603 | 7614771 | TOUGH TRADER | BP |
| 20-Mar-09 | USD | -43,186.18 | -43,186.18 | N | 2009002611 | 7614771 | TOUGH TRADER PIONEER | BP |
| 20-Mar-09 | USD | -39,449.23 | -39,449.23 | N | 2009002611 | 7609661 | TRADER PIONEER | BP |
| 20-May-09 | USD | -3,593.75 | -3,593.75 | N | 2009002605 | 7609661 | TRADER | BP |
| 20-May-09 | USD | -3,593.75 | -3,593.75 | N | 2009002605 | 7614771 | TOUGH TRADER | BP |
| 20-May-09 | USD | -40,555.77 | -40,555.77 | N | 2008011806 | 7614771 | TOUGH TRADER | ACP |
| 20-May-09 | USD | -40,028.89 | -40,028.89 | N | 2008011806 | 7636781 | GRAIN TRADER | ACP |
| 20-May-09 | USD | -43,186.18 | -43,186.18 | N | 2009002613 | 7614771 | TOUGH TRADER PIONEER | BP |
| 20-May-09 | USD | -39,449.23 | -39,449.23 | N | 2009002613 | 7609661 | TRADER PIONEER | BP |
| 20-May-09 | USD | -36,532.76 | -36,532.76 | N | 2008011806 | 7609661 | TRADER | ACP |

346,995.81  381,907.49

Previous reminders have been given and we now serve notice under Rule 26 paragraph 3. This means that the Association will be relieved from liability (for the relevant policy years) seven working days hereafter unless the

1

outstanding amount has been received before the end of that period.

We reserve all our rights with regard to any further steps necessary to collect the funds due.

Kind regards

Tina Tzortzis
*Assistant Underwriter   Team Piraeus*
**The Swedish Club Greece**
Tel: +30 211 120 8400    Mobile: +30 6946 460 174
tina.tzortzis@swedishclub.com
http://www.swedishclub.com

# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE SWEDISH CLUB,                      :

                 Plaintiff,     :

                        :      09 Civ \_\_\_\_

   - against -                :

                        :

MARACHART SHIPPING CO. LTD.,     :
AMBIENT SHIPHOLDING CO., TOUGH TRADER    :
MARITIME PTE. LTD.  and SWORD TRADING S.A.,    :

                        :

              Defendants.    :
-------------------------------------------------------------------X

## **AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT**

State of Connecticut  )
                  )    ss: SOUTHPORT
County of Fairfield    )

Coleen A. McEvoy, being duly sworn, deposes and says:

       1.       I am a member of the Bar of this Court and represent the Plaintiff herein.  I am

familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the

issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the

Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

## **DEFENDANT ARE NOT PRESENT IN THE SOUTHERN DISTRICT OF NEW YORK**

       2.       I have attempted to locate the Defendants MARACHART SHIPPING CO. LTD.,

AMBIENT SHIPHOLDING CO., TOUGH TRADER MARITIME PTE. LTD. and SWORD

TRADING S.A. within the Southern District of New York.  As part of my investigation to locate

the Defendants within this District, I checked the telephone company information directory, as

well as the white and yellow pages for New York listed on the Internet or World Wide Web, and

did not find any listing for the Defendants. Finally, I checked the New York State Department of

Corporations' online database which showed no listings or registration for the Defendants.

3.      I submit based on the foregoing that the Defendants cannot be found within this

District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and

Maritime Claims.

4.      Upon information and belief, the Defendants have, or will have during the

pendency of this action, tangible and intangible property within this District and subject to the

jurisdiction of this Court, held in the hands of in the hands of garnishees within this District,

which are believed to be due and owing to the Defendants.

5.      This is Plaintiff's first request for this relief made to this Court.

## PRAYER FOR RELIEF FOR ORDER ALLOWING SPECIAL PROCESS SERVER

6.      Plaintiff seeks an Order pursuant to Rule 4(c) of the Federal Rules of Civil

Procedure, for an Order appointing Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy,

Nancy R. Siegel, Coleen A. McEvoy, Anne C. LeVasseur or any other partner, associate,

paralegal or agent of Lennon, Murphy & Lennon, LLC, or any process server employed by

Gotham Process Servers, in addition to the United States Marshal, to serve the Ex Parte Order

and Process of Maritime Attachment and Garnishment, together with any interrogatories, upon

the garnishee(s), together with any other garnishee(s) who (based upon information developed

subsequent hereto by the Plaintiff) may hold assets of, for or on account of, the  Defendants.

7.      Plaintiff seeks to serve the prayed for Process of Maritime Attachment and

Garnishment with all deliberate speed so that it may be fully protected against the potential of

being unable to satisfy a judgment/award ultimately obtained by Plaintiff and entered against the

Defendants.

8.    To the extent that this application for an Order appointing a special process server with respect to this attachment and garnishment does not involve a restraint of physical property, there is no need to require that the service be effected by the Marshal as it involves simple delivery of the Process of Maritime Attachment and Garnishment to the various garnishees to be identified in the writ.

### PRAYER FOR RELIEF TO SERVE LATER IDENTIFIED GARNISHEES

9.    Plaintiff also respectfully requests that the Court grant it leave to serve any additional garnishee(s) who may, upon information and belief obtained in the course of this litigation, to be holding, or believed to be holding, property of the Defendants, within this District.  Obtaining leave of Court at this time to serve any later identified garnishees will allow for prompt service of the Process of Maritime Attachment and Garnishment without the need to present to the Court amended Process seeking simply to identify other garnishee(s).

### PRAYER FOR RELIEF TO DEEM SERVICE CONTINUOUS

10.    Further, in order to avoid the need to repetitively serve the garnishees/banks, Plaintiff respectfully seeks further leave of the Court, as set out in the accompanying Ex Parte Order for Process of Maritime Attachment, for any process that is served on a garnishee to be deemed effective and continuous service of process throughout any given day on which process is served; and throughout the next day, provided that process is served that day, and to authorize service of process via facsimile or e-mail following initial *in personam* service.

–3–

## PRAYER FOR RELIEF TO TEMPORARILY SEAL CASE

11.    Upon information and belief, it is the practice of many law firms in the maritime bar to review the daily electronic docket sheet of the Southern District of New York for all maritime actions filed in the district and inform the defendant(s) named therein of any Ex Parte Orders of Attachment pending against them, thus defeating the purpose of the "Ex Parte" application.

12.    Upon information of belief, it is the practice of certain publications, specifically Tradewinds, to publish the names of defendants named in Ex Parte Orders of Attachment, thus further defeating the purpose of the "Ex Parte" application.

13.    Upon information and belief, Tradewinds has very recently publicized the names of parties in Rule B proceedings, the amount of the attachments, and other details of the actions, thereby further defeating the purpose of the "Ex Parte" application.

14.    The Courts within the Southern District of New York have an interest in preserving the efficacy of the Ex Parte Orders issued therein.

15.    The above interest supersedes the interest in maintaining a completely public docket, especially given that the public's access will only be limited temporarily until assets are attached and notice of attachment has been provided to the Defendants.

16.    Indeed, the public's access to Ex-Parte Orders of Maritime Attachment defeats their entire purpose, by depriving Plaintiffs of the element of surprise and potential allowing Defendants to re-route their funds to avoid the attachment, thus making the attachment remedy hollow.

−4−

17.     For the foregoing reasons, Plaintiff requests that the Court issue an Order temporarily sealing the court file in this matter, including the Verified Complaint and all other pleadings and Orders filed and/or issued herein until further notice of this Court or notification to the clerk that property has been attached.

18.     This request is narrowly tailored to meet Plaintiff's needs.  Once property is attached, the case should be unsealed, as the interest underlying sealing the case will have been largely eliminated.

Dated:          June 30, 2009
                Southport, CT


                                        Coleen A. McEvoy


Sworn and subscribed to before me
this 30th day of June, 2009


Notary Public/Commissioner of Superior Court


—5—